# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:  ASSIGNMENT OF JUDGE OF      :   No. 375 Common Pleas Judicial
JOHN R. PADOVA, JR. OF THE COURT      :   Classification Docket
OF COMMON PLEAS OF THE FIRST      :
JUDICIAL DISTRICT OF PENNSYLVANIA      :
TO A DIVISION OF SAID COURT      :
     :

## ORDER

**PER CURIAM**

       **AND NOW**, this 6th day of October , 2022, upon consideration of the Petition of the Honorable Idee C. Fox, President Judge of the Court of Common Pleas of the First Judicial District of Pennsylvania, for the permanent assignment of the Honorable John R. Padova, Jr. to the Trial Division of the Court of Common Pleas of the First Judicial District of Pennsylvania, said Petition is **GRANTED** and the requested assignment is approved.